UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DUSTIN COOPER,<br><br>                       Plaintiff,<br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                      Defendants. | Case No. 3:25-cv-00573-MMD-CLB<br><br>ORDER |

      Dustin Cooper, currently incarcerated at Nevada's Lovelock Correctional Center, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. Cooper initiated this action on October 13, 2025 by filing an application to proceed *in forma pauperis* ("IFP") (ECF No. 1), a petition for writ of habeas corpus (ECF No. 1-1), and a motion for appointment of counsel (ECF No. 1-2). (*See* ECF No. 1-1 at 40.) On October 22, 2025, the Nevada Department of Corrections filed financial certificates providing information regarding Cooper's prison accounts, as required for the Court to address the IFP application. (ECF No. 4.) The financial certificates, along with information in the IFP application, itself, demonstrate that Cooper is able to pay the $5 filing fee. (ECF No. 4 at 7; ECF No. 1 at 2.) The Court will therefore deny the IFP application and require Cooper to pay the filing fee before his habeas petition and motion for appointment of counsel will be filed and before this action will proceed. If Cooper does not pay the filing fee in the time allowed, then this action may be dismissed.

///

///

///

///

///

It is therefore ordered that Cooper's IFP application (ECF No. 1) is denied. Cooper will have 30 days from the date this order is entered to pay the $5 filing fee.

DATED THIS 24th Day of October 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE