UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DUSTIN COOPER,<br><br>                    Petitioner,<br>    v.<br>STATE OF NEVADA, *et al.*,<br><br>                    Respondents. | Case No. 3:25-cv-00573-MMD-CLB<br><br>ORDER |

This action is a petition for writ of habeas corpus under 28 U.S.C. § 2254 by Dustin Cooper, an individual incarcerated at Nevada's Lovelock Correctional Center. Cooper initiated this action, *pro se*, on October 13, 2025 by sending the Court an application to proceed *in forma pauperis* ("IFP") (ECF No. 1), a petition for writ of habeas corpus (ECF No. 1-1), and a motion for appointment of counsel (ECF No. 1-2). On October 24, 2025, the Court determined that Cooper was able to pay the $5 filing fee for this action, denied his IFP application, and ordered him to pay the filing fee within 30 days—by November 26, 2025. (ECF No. 5.) In the October 24, 2025 order, the Court stated that if Cooper did not pay the filing fee within the time allowed, this action may be dismissed. (*Id.* at 1.) The Court has not received payment of the filing fee.

It is therefore ordered that this action is dismissed without prejudice. The petitioner is denied a certificate of appealability. The Clerk of the Court is directed to enter judgment accordingly.

DATED THIS 8th Day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE